Argued and submitted May 18, affirmed June 22, 1994

## DEPARTMENT OF LAND CONSERVATION AND DEVELOPMENT,
*Respondent,*

*v.*

## BENTON COUNTY,
*Respondent,*

*and*

Genevieve BARHAM,
*Petitioner.*

(93-175; 93-178; CA A83713)

874 P2d 1372

Richard T. Ligon argued the cause and filed the brief for petitioner.

John T. Bagg, Assistant Attorney General, argued the cause for respondent Department of Land Conservation and Development. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

No appearance for respondent Benton County.

Before Riggs, Presiding Judge, and Leeson and Haselton, Judges.

PER CURIAM

Affirmed. *Murphy Citizens Advisory Com. v. Josephine County,* 123 Or App 539, 860 P2d 857 (1993), *rev allowed* 318 Or 478 (1994).